UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:20-mj-188-SKL |
| v. | ) W.D. MO Chrg. Dist. No. 5:20-cr-06007-HFS |
| | ) |
| THOMAS DAVIS MOORE, JR., | ) |

## MEMORANDUM AND ORDER

The Defendant THOMAS DAVIS MOORE, JR., ("Defendant") appeared for a hearing before the undersigned on November 19, 2018, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an Indictment out of the U.S. District Court, Western District of Missouri, St. Joseph Division. Those present for the hearing included:

(1) AUSA James Brooks for the USA.
(2) Defendant, THOMAS DAVIS MOORE, JR.
(3) Attorney Myrlene Marsa with Federal Defender Services of
Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the Defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. AUSA Brooks advised that the indictment had been unsealed by the charging district. Attorney Marsa with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The Defendant had been provided with a copy of the arrest warrant and indictment and had the opportunity of reviewing those documents with his attorney. It was determined Defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

Defendant admitted he is the person named in the Indictment. AUSA Brooks stated the government is not seeking the detention of Defendant who was released on an unsecured $30,000 Appearance Bond and other conditions of release. Defendant was advised of his rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

It is ORDERED:

(1) Defendant shall be released and shall be present and participate by videoconference for a hearing on **Thursday, December 3, 2020 at 9:00 a.m.**

**Central Standard Time before U.S. Magistrate Judge Brian Gaddy via Zoom link that will be provided by the U.S. District Court, Western District of Missouri to Attorney Marsa who, in conjunction with counsel who will be appointed to represent Defendant Moore in the charging district, will coordinate the arrangements for the December 3, 2020 hearing before Judge Gaddy**.

SO ORDERED.

ENTER:

                                            s/     *Susan K. Lee*
                                            SUSAN K. LEE
                                            UNITED STATES MAGISTRATE JUDGE